

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2015

No. 04-15-00401-CR

Aaron Gerard **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR6071
Honorable Lorina I. Rummel, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to November 12, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Nicolas A. LaHood                    Michael D. Robbins
     District Attorney, Bexar County      Assistant Public Defender
     101 W. Nueva, Suite 370              Paul Elizondo Tower
     San Antonio, TX 78205                101 W. Nueva St., Suite 310
                                          San Antonio, TX 78205